

RECEIVED
OCT 27 2021
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

UNITED STATES OF AMERICA

VERSUS

CHASE LEVI THIBODEAUX (01)

3:21-cr-00270-01
Judge Doughty
Magistrate Judge McClusky

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
Threatening a Federal Official
[18 U.S.C. § 115(a)(1)(B) and (b)(4)]

On or about October 12, 2021, in the Western District of Louisiana, and elsewhere, the defendant, **Chase Levi Thibodeaux**, did threaten to murder A.O.C., a Member of Congress, with intent to impede, intimidate, and interfere with A.O.C. while she was engaged in performance of her official duties, and to retaliate against A.O.C. on account of her official duties, all in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4).

### COUNT 2
Transmitting Threats in Interstate Commerce
[18 U.S.C. § 875(c)]

On or about October 12, 2021, in the Western District of Louisiana, the defendant, **Chase Levi Thibodeaux**, did place a telephone call to A.O.C. stating that he would murder her, and thereby knowingly transmitted a communication in interstate commerce with the intent to threaten to injure people with knowledge that they would view the communication as a threat, all in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

*REDACTED*
_____
GRAND JURY FOREPERSON

ALEXANDER C. VAN HOOK
Acting United States Attorney

By: _____
Seth D. Reeg, La. Bar # 34184
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
(318) 676-3600 – office